IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

REV. JULIUS S. BAKER, SR.

PLAINTIFF

VS.

EQUITY RESIDENTIAL 3266

MARSH LANDING I, AND

THE APARTMENT MANAGEMENT, LLC

DEFENDANTS

**CV204-154**

## COMPLAINT

PLAINTIFF REV. JULIUS S. BAKER, SR. COMPLAINING OF THE DEFENANTS ABOVE-NAMED, WOULD RESPECTFULLY SHOW UNTO THE COURT THE FOLLOWING:

## PARTIES

1. THE PLAINTIFF REV. JULIUS S. BAKER, SR. IS A CITIZEN AND RESIDENT OF THE STATE OF GEORGIA;

2. THE EQUITY RESIDENTIAL 3266, MARSH LANDING I OF REYNOLD BURG, OHIO IS A COMPANY/CORPORATION/CITIZEN OF THE STATE OF OHIO AND IS DOING BUSINESS IN THE STATE OF GEORGIA;

1

3.    THE EQUITY APPARTMENT MANAGEMENT, LLC OF PLANO, TEXAS IS AN AFFILIATE OF EQUITY RESIDENTIAL PROPERTIES IN THE STATE OF TEXAS:

## JURISDICTION

4.    THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA HAS JURISDICTION OVER THIS MATTER BY VIRTUE OF DIVERSITY OF CITIZENSHIP, 28 U.S.C. 1332 (A):

## FACTS

5.    THE PLAINTIFF SHOWS THAT ON OR ABOUT JULY 9, 2004 THE DEFENDANT EQUITY RESIDENTIAL 3266, MARSH LANDING I AND THEIR EMPLOYEES, AGENTS, REPRESENTATIVES, AND SERVANTS CAUSED PLAINTIFF AND HIS WIFE TO BE WRONGFULLLY EVICTED, AND LEFT HOMELESS WITHOUT DUE PROCESS OR EQUAL PROTECTION WITHIN THE JURISDICTION TO THE LAW;

6.    THE PRO SE PLAINTIFF ALSO DULY FILED A TIMELY NOTICE OF APPEAL, AND APPEALED THE FINAL EVICTION JUDGEMENT RULING OF THE MAGISTRATE COURT OF GLYNN COUNTY TO THE GEORGIA COURT OF APPEALS, ATLANTA, GEORGIA:

7.    FUTHERMORE, PLAINTIFF WAS WRONGFUL DENIED A HEARING AND TRAIL ON THE SAID DEFENDANTS EVICTION COMPLAINT AS REQUIRED BY LAW;

8.    THE DEFENDANTS, THEIR EMPLOYEES, AGENTS, REPRESENTATIVES AND SERVANTS KNOWINGLY AND

2

INTENTIONLY ACTED IN CONCERT OF BAD FAITH TOGETHER WITH OTHER, AND CONSPIRED TO HAVE PLAINTIFF AND HIS WIFE WRONGFUL EVICTED WITHOUT DUE PROCESS:  MOREOVER, THE DEFENDANTS USED DISCRIMINATORY PRACTICES AGAINST HIM:

9. THE SAID DEFENDANTS ILLEGAL ACTS/ACTION AND OMMISSION CONSTITUES THE DEPRIVATION OF PLAINTIFF LEGAL, CIVIL, CONSTITUTIONAL AND HUMAN RIGHTS IN VIOLATION OF THE DUE PROCESS AND EQUAL PROTECTION CLAUSES TO THE 14TH AMENDMENT TO THE CONSTITUTION TO THE UNITED STATES; ALSO THE STATE OF GEORGIA CONSTITUTION;

10. THE DEFENDANT MARSH LANDING APARTMENT EMPLOYEES/AGENT REPRESENTATIVES AT THE BRUNSWICK, GEORGIA WRONGFUL REFUSED TO ACCEPT OR TAKE PLAINTIFF RENT MONTHLY PAYMENT BECAUSE HE WAS LATE OR WOULD NOT ACCEPT LATE FEES AND $671.00 PAYMENT, AND HAD HIM EVICTED ON OR ABOUT JULY 9, 2004;

11. THE DEFENDANT'S BREACHED THE RENTAL LEASE CONTRACT ON OR ABOUT SAID DATE AND USED FORCED EVICTION ACTION BY AND THROUGH THE GLYNN COUNTY, GEORGIA SHERIFF DEPARTMENT, WHILE THE PRO SE CASE WAS ON APPEAL, WHICH IS STILL PENDING ON DISPOSITION OF FINAL REVIEW;

12. THE DEFENDANT MARSH LANDING APARTMENTS OF BRUNSWICK, GEORGIA AND THEIR EMPLOYEES, AGENT REPRESENTATIVES ON

3

OR ABOUT OCTOBER 7, 2003 CAUSED PLAINTIFF 1986 CHEVROLET SILVERADO PICKUP TRUCK TO BE STOLEN WITH ALL HIS TOOLS, EQUIPMENT, SUPPLIES AND BUILDING MATERIALS/TRUCK TOOL BOX, OFF THE SAID DEFENDANT PROPERTY, WHILE HE RENTED APARTMENT C 2 UNDER LEASE CONTRACT: THE SAID TRUCK AND PERSONAL PROPERTIES WERE STOLEN, BECAUSE OF THE DEFENDANT WILLFULLY NEGLIGENTLY WITHOUT PROPER SECURITY ON THEIR APARTMENT PROPERTY. ATTACHED IS A COPY OF THE CRIME/INCIDENT POLICE REPORT EXHIBIT "A"

13.  THE DEFENDANTS KNOWINGLY AND INTENTIONLY VIOLATED THE UNITED STATES HUD FAIR HOUSING ACT. BY EVICTING HIM AND HIS WIFE ABSENT OF DUE PROCESS.

14.  AS A RESULT OF THE DEFENDANTS ILLEGALLY ACTS AND ACTION IN BAD FAITH CAUSED THE PLAINTIFF TO BE HOMELESS, AND DAMAGED, SUFFERED GREAT LOSSES, ALSO OTHERWISE INJURED, HIS GOOD NAME AND REPUTATION DEFAMED/SLANDERED BECAUSE OF THE SAID EVICTION WITHOUT DUE PROCESS OF THE LAW.

WHEREFORE, PLAINTIFF PRAYS JUDGEMENT AGAINST THE DEFENDANTS, JOINTLY AND SEVERALLY, FOR SPECIFIC PERFORMANCE AND/OR MONETARY DAMAGES IN AN AMOUNT TO BE MORE SPECIFICALLY PROVEN AT TRIAL, PREJUDMENT INTEREST, COSTS, FEES, AND SUCH OTHER AND FURTHER RELIEF AS THIS HONORABLE COURT MAY DEEM JUST AND PROPER.

RESPECTFULLY SUBMITTED,

*Rev. Julius S. Baker, Sr.*
REV. JULIUS S. BAKER, SR.

132 MULLIS DRIVE

ALMA, GA 31510

PHONE: (912) 632-6916

DATE: OCTOBER 26, 2004

ALMA, GEORGIA

# Public Incident Report

## lynn County Police

| Case Id | Seq # | Type Description | Report Date |
|---|---|---|---|
| G0312818 | | **THEFT VEHICLE** | **10/07/2003 10:40** |

| Location | | Occurred From | Occurred To |
|---|---|---|---|
| 3875 DARIEN HWY :@MARSH LANDING APTS | | 10/06/2003 17:45 | 10/07/2003 09:30 |

| District | | | |
|---|---|---|---|
| 5 | | | |

### OFFENSES

| OFFENSE | DESCRIPTION | LOCATION TYPE | UCR |
|---|---|---|---|
| 2404/16-8-2 | Theft of Automobile | 18 | 07 |
| | Theft value $6000.00 | | |

### INVOLVED PARTIES

| | | DOB | AGE | SEX | RACE | WEIGHT | HEIGHT | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|
| COMPLAINANT | Baker,Julius Starling | | 77 | M | BLK | 188 lbs | 5ft11in | BLK | BRO |
| | 3875 Darien Hwy. Apt 2 C,BRunswick, GA. GA | | | | | | | | |
| | Home #: (912) 262-9404    Bus #: (912) | | Cell #: ( | | | | | | |
| | SSN:                    DLN: | | | | | | | | |
| OTHER | Jubak Son and Daughter of Allen, | | | | | | | | |
| | 3875 Darien Hwy.    Apt.2 C ,Brunswick GA | | | | | | | | |
| | Bus #:    (912) 262-9404 | | | | | | | | |

### PROPERTY

| Item # | Tag | Category | Make | Model | | Serial # | |
|---|---|---|---|---|---|---|---|
| Description | | | | | | | |

| Drug Type | Drug Weight | Quantity | Weapon | | Size/Calibre | | UCR |
|---|---|---|---|---|---|---|---|
| Ownership | | | Recovered: | | | Seized: | |
| Name: | | | Evidence: | | | Counterfeit: | |
| Address: | | | Stolen: | | | Burned | |
| Phone: | | | Found: | | | Damaged | |
| Recovered/ Seized From | | | Seizure | | | | |
| Name: | | | Location: | | | | |
| Address: | | | Officer: | | | | |
| Phone: | | | Recovered Date: | | | | |

### VEHICLES

EXhibiT A

| Vehicle-License & State | Year | Make | Model | Body | Color | VIN |
|---|---|---|---|---|---|---|
| 2537ASZ | 1986 | CHEV | C-10 | PICK | BLK | 2GCDC14H0G1221448 |

| Comment | Recovered. N |
|---|---|
| | Stolen: Y    6,000.00 |
| | Towed by: |
| | Towed to: |

**Owner & Address**

**Baker,Julius Starling** ; 3875 Darien Hwy. Apt 2 C,BRunswick. GA. GA



**Stolen Vehicle Narrative**
Case# G0312818
PO1 Jimmie L. Palmer, Jr.
October 07,2003

    While on patrol, dispatch advised me to respond to 3875 Darien Hwy., at Marsh Landing Apartments in reference to a stolen vehicle report. I spoke with the complainant a Mr.Julius S. Baker Sr., who stated he found his 1986 Chevrolet Silvervado (black with gray and red markings) missing from the parking lot of his residence (Marsh Landing Apt.# 2 C). Mr.Baker stated he locked his vehicle on last date (10-06-2003). Mr. Baker described the vehicle as a 1986 Chevrolet Silvervado black in color with gray and red markings, with Ga. Tag #2537 ASZ. Mr. Baker stated that there was not a lean on his vehicle. This incident occurred between the hours of 5:30 pm (10-06-2003) and 9:30 am (10-07-2003).

    A BOLO was given out to county and city officers in reference to the above described stolen vehicle. A NCIC/GCIC entry was forward to dispatch at 13:15 hours this date. No further information.

#214,GCPD.

| | | |
|---|---|---|
| **REVIEW STATUS:   APPROVED** | **REVIEWED BY:** | **DATE:** 10/7/2003  1:13:48PM |
| **INVESTIGATOR ASSIGNED:** | **ASSIGNED DATE:** | |

| | | |
|---|---|---|
| **DEPT. CASE DISPOSITION:** NOINVG | **DATE:** 10/10/2003  1:25.45PM | |
| **UCR STATUS:** OPEN | **DATE:** 10/7/2003 12:00:00AM    **IBR EXEP CLEAR CLASS:** | |

**CREATED BY:**
**MODIFIED BY:**   CANDERSON          GCPDRPUTNAM                    10/7/2003  1:13 21PM

| Reporting Officer | Reviewed/Approved by | Date Reviewed/Approved |
|---|---|---|
| 214   Palmer,Jimmie Officer | 187   Anderson,Wayne (Chip) Sergeant | 10/7/2003  1:13:48PM |

$EXHIBIT A$