IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

REV. JULIUS S. BAKER, SR.,

    Plaintiff,

vs.

EQUITY RESIDENT 3266 MARSH
LANDING, and THE APARTMENT
MANAGEMENT, LLC.,

    Defendants.

CIVIL ACTION NO.: CV204-154

## ORDER

Plaintiff filed the captioned action *pro se* on November 2, 2004. The Court granted his motion to proceed in forma pauperis on November 18, 2004.

Defendants have not been served with the summons or complaint and more than 120 days has elapsed since the filing of the complaint. By Order dated April 12, 2005, plaintiff was allowed a period of ten (10) days to show cause why service had not been made upon said defendants within 120 days. Plaintiff was advised that his failure to establish good cause would result in the dismissal of his claims. Plaintiff has failed to respond to said Order.

Accordingly, plaintiff's claims are **DISMISSED**, without prejudice, pursuant to Federal Rule of Civil Procedure Rule 4(m). The Clerk of Court is authorized to enter the appropriate judgment.

SO ORDERED, this 6th day of May, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

BAKER )

vs )   CASE NUMBER CV204-154

EQUITY RESIDENT, ET AL )   DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/6/05, which is part of the official record of this case.

Date of Mailing: 5/6/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Julius Baker Sr., 132 Multis Drive, Alma, GA 31510

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate